UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-505-1D

UNITED STATES OF AMERICA

v.

RAHNE THOMAS COOPER

ORDER

Upon the motion of Defendant, and for good cause shown, it is hereby ORDERED that Docket Entry 116 with exhibits be sealed. It is further ordered that the Clerk provide a signed copy of the Order to Defendant.

IT IS SO ORDERED this the 10 of November 2021.

JAMES C. DEVER III
United States District Judge